IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TIM ROGERS                                                                                    PLAINTIFF

V.                                                                                  NO. 1:13CV197-SA-DAS

LOUISVILLE-WINSTON COUNTY
AIRPORT AUTHORITY, ET AL.                                                           DEFENDANTS

## AGREED SCHEDULING ORDER FOR IMMUNITY RELATED DISCOVERY AND MOTIONS

Upon motion of the Plaintiff, by agreement of the parties and for good cause shown, the following deadlines are established to conduct immunity related discovery, if any, and to file and respond to immunity related motions:

1. All immunity related motions and any joinder in said motions shall be filed on or before March 28, 2014.

2. All immunity related discovery, if any, shall be completed on or before May 27, 2014.

3. All responses in opposition to immunity related motions shall be filed on or before June 26, 2014.

4. All replies in support of immunity related motions shall be filed on or before July 28, 2014.

So ORDERED, this the 21st day of April, 2014.

                                                          /s/ Sharion Aycock
                                                          UNITED STATES DISTRICT JUDGE

Agreed to:

/s/ John G. Roach, III, Esq.
_____
Attorney for LWCAA, et al.

/s/ Timothy M. Peeples, Esq.
_____
Attorney for William Cooper, et al.

/s/ Victor Israel Fleitas
_____
Attorney for Tim Rogers