**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

TIM ROGERS                                                                                           PLAINTIFF

V.                                              CIVIL ACTION NO.: 1:13-CV-00197-SA-DAS

LOUISVILLE-WINSTON COUNTY AIRPORT AUTHORITY,
AND MICHAEL FORSTER, SAM SUTTLE, BEN KIRK,
WILLIAM COOPER, JOEY PARTRIDGE, ROBERT LLOYD,
MARK DONALD AND TROY WARD,
IN THEIR INDIVIDUAL CAPACITIES                                              DEFENDANTS

## ORDER

Pursuant to a memorandum opinion issued this day, the Court finds that the motion for summary judgment [22] filed by Defendants William Cooper, Ben Kirk, and Robert Lloyd and joined in [28] by Defendants Mark Donald, Michael Forster, Joey Partridge, Sam Suttle, and Troy Ward is well taken and is hereby GRANTED. Whereas Plaintiff Tim Rogers has failed to show that the individual Defendants violated any clearly established constitutional or statutory rights, the Court finds that he has not met his burden to prove that the individual Defendants are not entitled to qualified immunity.

SO ORDERED on this, the 31st day of March, 2015.

                                                                                    /s/ Sharion Aycock
                                                                                    UNITED STATES DISTRICT JUDGE