IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION


TIM ROGERS                                                                    PLAINTIFF

V.                                                    CIVIL ACTION NO. 1:13-CV-197-SA-DAS

LOUISVILLE-WINSTON COUNTY
AIRPORT AUTHORITY                                                            DEFENDANT

ORDER

For the reasons fully articulated in a separate memorandum opinion issued this day, the

Louisville-Winston County Airport Authority's motion to strike [81] is denied.

The Airport Authority's motion for summary judgment [72] is GRANTED. This case is

CLOSED, and all of the Plaintiff's claims are dismissed with prejudice.

SO ORDERED this the 5th day of August, 2016.


                                            /s/    Sharion Aycock
                                            UNITED STATES DISTRICT JUDGE